No. 81–5649.   MAXWELL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5653.   TRAPNELL *v.* SMITH, ATTORNEY GENERAL, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 81–5657.   KNAPP *v.* BESHEAR, ATTORNEY GENERAL OF KENTUCKY.   C. A. 6th Cir.   Certiorari denied.

No. 81–5662.   VILLAR-MEDINA *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 81–5668.   GREEN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–5673.   EWELL *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–2152.   MISSOURI ET AL. *v.* LIDDELL ET AL.   C. A. 8th Cir.   Motion of respondents Liddell et al. for leave to proceed *in forma pauperis* granted.   Motions of Bayless School District et al.; School District of City of Ladue of St. Louis County, Missouri; and North Kansas City, Missouri, School District for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 81–113.   SOWDERS, PENITENTIARY SUPERINTEND-ENT *v.* WILEY.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 81–568.   TEXAS *v.* MYERS.   Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.